**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**YUNET V. GONZALEZ**
*aka* YUNET VERA GONZALEZ,

    Debtor.
_____/

Case No.: 17-23765-AJC
Chapter 13

**MOTION FOR AUTHORIZATION TO DISBURSE PRE-CONFIRMATION
ADEQUATE PROTECTION PAYMENTS TO ADMINISTRATIVE, SECURED AND
PRIORITY CREDITORS AND COURT ORDERED TRIAL/INTERIM PAYMENTS**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> **Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the Motion.**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST** ("BSI Financial Services" or "Secured Creditor"), by and through its undersigned attorney, moves this Honorable Court for an Order Authorizing the Chapter 13 Trustee to Disburse Pre-Confirmation Adequate Protection Payments to Administrative, Secured and Priority Creditors and Court Ordered Trial/Interim Payments toward Movant's secured claim, and states:

    1.    On November 15, 2017, the Debtor filed a Voluntary Petition [D.E. 1] for relief pursuant to Chapter 13 of the United States Bankruptcy Code.

2. Secured Creditor is a secured creditor in this case holding a first mortgage claim on real property owned by the Debtors and located at *235 N.W. 34th Avenue, Miami, FL 33125*.

3. On February 13, 2018, Secured Creditor timely filed its secured claim [Claim 7-1] which evidences a secured claim in the total amount of $375,150.14 and arrearages in the total amount of $79,133.41.

4. On May 3, 2018, the Debtor filed the proposed Fifth Amended Chapter 13 Plan (the "Plan") which provides for on-going monthly mortgage payments in the amount of $1,749.14 for months 1- 60 and for the payment of arrearages totaling $79,133.41 due to Secured Creditor payable through the Plan in payments of $805.01 for months 1 – 36 and $2,089.72 for months 37 – 60.

5. Secured Creditor asserts that the confirmation hearing initially set for February 20, 2018 has now been continued a total of four times. The first confirmation hearing was continued and rescheduled for March 27, 2018, and then continued to April 24, 2018, then to continued May 22, 2018 and now it has been continued to June 19, 2018.

6. Secured Creditor asserts that it is not receiving any monthly payments at this time and that its secured interest is not adequately protected at this time.

7. Secured Creditor requests immediate disbursement of all amounts currently held by the Chapter 13 Trustee and due to Secured Creditor pursuant to the Plan.

8. Secured Creditor further requests continued disbursement by the Chapter 13 Trustee of all future payments made by the Debtor to the Chapter 13 Trustee on behalf of Secured Creditor's claim pursuant to the Plan and any applicable future amendments to the Plan.

9. A copy of a proposed Order is attached hereto as **Exhibit "A"**.

CASE NO.: 17-23765-AJC

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court enter an Order (a) Granting this Motion; (b) Compelling the Chapter 13 Trustee to immediately disburse all pre-confirmation payments on Secured Creditor's claim to Secured Creditor pursuant to the Debtors' Plan; and (c) for any further relief as is just and equitable.

**Dated this 4th day of June, 2018.**

                Respectfully submitted:
                **GHIDOTTI | BERGER, LLP**
                *Attorneys for Secured Creditor*
                3050 Biscayne Blvd. - Suite 402
                Miami, Florida 33137
                Telephone: (305) 501.2808
                Facsimile: (954) 780.5578

                By:   /s/ Chase A. Berger
                      Chase A. Berger, Esq.
                      Florida Bar No. 083794
                      cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

      I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

                By:   /s/ Chase A. Berger
                      Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Yunet V Gonzalez**
*aka* **Yunet Vera Gonzalez**
235 N.W. 34th Avenue
Miami, FL 33125

*Debtor's Counsel*
**Julio C Marrero, Esq.**
3850 Bird Road - PH 1
Coral Gables, FL 33146

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue – Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
   Chase A. Berger, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 17-23765-AJC
Chapter 13

**YUNET V. GONZALEZ**
*aka* YUNET VERA GONZALEZ**,**

    Debtor.
_____/

**ORDER GRANTING MOTION FOR PRE-CONFIRMATION
ADEQUATE PROTECTION PAYMENTS TO ADMINISITRATIVE, SECURED
AND PRIORITY CREDITORS AND COURT ORDER TIRAL/INTERIM PAYMENTS**

    **THIS MATTER** came upon Secured Creditor, BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its capacity as Separate Trustee of Community Development I Trust's (the "Movant") Motion for Authorization to Disburse Pre-Confirmation Adequate Protection Payments to Administrative, Secured and Priority Creditors and Court Ordered Trial/Interim Payments [D.E. ___](the "Motion"), and the Movant by submitting this form of order represents that the Motion was served on all parties as required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or

**EXHIBIT "A"**

served on the Movant, a response to the Motion, and that the relief to be granted in this order is the identical relief requested in the Motion. Upon review of the Motion and the record, the Court finds that the Motion should be granted. Accordingly, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. The Chapter 13 Trustee is ordered to immediately disburse all pre-confirmation payments received from the Debtor on behalf of Movant's claim to Movant pursuant to the Debtor's Chapter 13 Plan and all future payments pursuant to the Plan and any applicable future amendments to the Plan.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137
P: (305) 502-2808
F: (954) 780-5578

Attorney Chase Berger is directed to serve copies of this Order on all interested parties and file a Certificate of Service within three (3) days from the date of this Order.